UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-214(DSD/JMM)

Bryn Mawr Tire and Bait Center, a Minnesota limited liability partnership, Robert Williams, individually, and Arlen Williams, individually,

Plaintiffs,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

City of Minneapolis, a chartered municipal government,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: January 17, 2002

David S. Doty, Judge
U.S. District Court

(3)

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. _____
Deputy Clerk's Initials JK

F I L E C O P Y

Date: January 17, 2002 jr

R E C O R D O F D O C K E T T E X T

0:02-cv-00214 Bryn Mawr Tire v. Minneapolis, City of

DOCKET ENTRY

Disqualification And ORDER For Reassignment (Judge David S. Doty) Case reassigned to Chief Judge James M. Rosenbaum by use of the 440 civil rights list, and Case referred to Judge Franklin L. Noel. Case number remains the same except for Judges' initials 02-214 JMR/FLN. Number with new Judges' initials to be used on all future pleadings and papers submitted to the Court regarding this civil action 02-214 JMR/FLN. 1pg(s) (cc: all counsel)

Hon. James M Rosenbaum, Judge

THIS NOTICE SENT TO ALL COUNSEL