UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-214(JMR/FLN)

Bryn Mawr Tire and Bait Center )
)
v. ) ORDER
)
City of Minneapolis )

This matter is before the Court on plaintiff's motion for a temporary restraining order. The Court heard oral argument on February 8, 2002. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

Plaintiff's motion is denied. [Docket No. 2.]

Dated: February 8, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FEB 11 2002
CLERK'S INITIALS