UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Bryn Mawr Tire and Bait Center, a Minnesota limited liability partnership, Robert Williams, individually and Arlen Williams, individually,**

**Plaintiffs,**

**vs.**

**City of Minneapolis, a chartered Municipal government,**

**Defendant.**

**File No.: 02-CV-214 JMR/FLN**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiffs' Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 2-22-02

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant

Dated: 2-24-02

GARY K. WOOD
Attorney Reg. No. 118722
4932 Poppy Lane
Edina, MN 55435
(612) 384-9250

Attorney for Plaintiffs

FILED
RICHARD D. SLETTEN, CLERK
MAR 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: March 6, 2002

Judge of United States District Court